879 A.2d 156

**Arthur BOOTH, Respondent,**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Petitioner.**

Supreme Court of Pennsylvania.

June 28, 2005.

## *ORDER*

PER CURIAM.

AND NOW, this 28th day of June, 2005, the Application for Expedited Consideration or Remand and the Petition for Allowance of Appeal are hereby GRANTED and the order of the Commonwealth Court is REVERSED. *Commonwealth v. Kyle*, 582 Pa. 624, 874 A.2d 12 (2005).